FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 AUG 31 AM 9:41
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STEVEN E. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-168 |
| ) | |
| WILLIAM DANFORTH, *Warden* ) | |
| *Valdosta State Prison*; JAMES D. ) | |
| PRESCOTT (CO II); NACOMBA D. ) | |
| HADELY (CO II); and STATE OF ) | |
| GEORGIA (Corrections), ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 31 day of August, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA