**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| STEVEN EUGENE SMITH, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:10-CV-90 (HL) |
| WILLIAM C. DANFORTH, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 9) filed September 3, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 29th day of September, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**