IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

STEVEN EUGENE SMITH,

    Plaintiff,

v.

JAMES D. PRESCOTT and
NACOMBA D. HADLEY,

    Defendants.

Civil Action 7:10-CV-90 (HL)

## ORDER

The Recommendation (Doc. 23) of United States Magistrate Judge Thomas Q. Langstaff, entered June 9, 2011, is before the Court. The Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 14) be granted. Plaintiff did not file a written objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation (Doc. 23). Defendants' Motion to Dismiss (Doc. 14) is granted.

**SO ORDERED**, this the 11th day of July, 2011.

                        *s/ Hugh Lawson*
                        HUGH LAWSON, SENIOR JUDGE

mbh